___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-02068-JLS (JDE)                      Date:  February 15, 2018
Title: Donna Dugo v. 7-Eleven No. 26781, et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (In Chambers) SCHEDULING ORDER

       On the Court's own motion, the Scheduling Conference set for hearing February 16, 2018, is VACATED and taken off calendar, and the following dates are set.  Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below will not be continued absent a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

       The parties' proposed schedule differs from the Court's presumptive schedule without explanation.  The Court has adjusted the schedule to permit orderly disposition of all pretrial matters in advance of trial.

       The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | April 17, 2018 |
| Fact Discovery Cut-off: | September 21, 2018 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in  Limine): | October 5, 2018 |
| Last Day to Serve Initial Expert Reports: | October 5, 2018 |
| Last Day to Serve Rebuttal Expert Reports: | November 2, 2018 |

___

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  SACV 17-02068-JLS (JDE) | Date:  February 15, 2018 |
| Title:  Donna Dugo v. 7-Eleven No. 26781, et al | |

| | |
|---|---|
| Last Day to Conduct Settlement Proceedings: | November 30, 2018 |
| Expert Discovery Cut-off: | November 30, 2018 |
| Last Day to File *Daubert* Motions: | December 7, 2018 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | December 28, 2018 |
| Final Pretrial Conference (1:30 p.m.): | January 25, 2019 |
| Preliminary Trial Estimate:[1] | 4 days |

Initials of Preparer:  tg

___

[1] This is the parties' estimate.  The Court may allot fewer days for trial.

___