# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN #26781, a business entity form unknown; SANDIAL, LLC, a California limited liability company; and DOES1-10, inclusive,<br><br>Defendant. | Case No.: 8:17-cv-02068-JLS-JDE<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | After consideration of the Joint Stipulation for Dismissal of the Entire Action |
| 5 | with Prejudice filed by Plaintiff Donna Dugo ("Plaintiff") 7-Eleven #26781 and |
| 6 | Sandial, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of |
| 7 | Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall |
| 8 | bear his or its own costs and attorneys' fees. |
| 9 | IT IS SO ORDERED. |
| 10 | |
| 11 | DATED: August 13, 2018 |

**JOSEPHINE L. STATON**
UNITED STATES DISTRICT COURT JUDGE